Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 93-21612 RBR  
**Case Name:** ROTH, EDMUND H.  
ROTH, GAIL H.  
**Period Ending:** 06/30/10

**Trustee:** (290240)   KENNETH A. WELT  
**Filed (f) or Converted (c):** 07/15/93 (c)  
**§341(a) Meeting Date:** 05/18/93  
**Claims Bar Date:** 01/27/94

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6310 SW 4th Place Margate Fl 33068 Exempt Homestead<br>Administered in prior chapter 13 | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND Exempt<br>Administered in prior chapter 13 | 50.00 | 50.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS Exempt<br>Administered in prior chapter 13<br>Misc. household goods and furnishings:<br>TV, sofa, chair, coffee table, end table, kitchentable, 4 chairs, table, 4 chairs, hutch, 3 beds, 4 dressers and nightstands | 900.00 | 900.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL  Exempt<br>Administered in prior chapter 13<br>Misc. clothing for everyday use | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | 100% stock in Edga Enterprises, Inc. Exempt<br>Administered in prior chapter 13<br>No equity over existing debt. Corporation ceased doing business in December 1992 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1991 Chevrolet S-10 Blazer Exempt<br>Administered in prior chapter 13 | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1991 Saturn SC Leased vehicle<br>Administered in  prior chapter 13 | 0.00 | 0.00 | DA | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 93-21612 RBR  
**Case Name:** ROTH, EDMUND H.  
ROTH, GAIL H.  
**Period Ending:** 06/30/10  

**Trustee:** (290240)  KENNETH A. WELT  
**Filed (f) or Converted (c):** 07/15/93 (c)  
**§341(a) Meeting Date:** 05/18/93  
**Claims Bar Date:** 01/27/94  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Tools of trade exempt<br>Administrated in prior chapter 13 | 900.00 | 900.00 | DA | 0.00 | FA |
| 9 | Exxon Settlement  (u)<br>Case reopened to administer this asset | 0.00 | 0.00 |  | 50,275.02 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 59.24 | Unknown |
| 10 | **Assets**    Totals (Excluding unknown values) | **$117,850.00** | **$1,850.00** |  | **$50,334.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR  
Final distribution  
File Objection to claims  
Review and enter claims filed on origial petition  
Floyd Barron debtors attorney to object to claims that were paid previously 5/27/10  
Waiting on orders on Objections to claims  

Objection to claims 3,5 secured against property not administered in the estate  
3/24/09 Waiting 5% distribution  
Taxes in completed 6/30/09  
Requested claims to review 3/10/09  
Case reopened to administer additional assets 11/21/07

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 93-21612 RBR | **Trustee:** (290240) KENNETH A. WELT |
| **Case Name:** ROTH, EDMUND H. | **Filed (f) or Converted (c):** 07/15/93 (c) |
| ROTH, GAIL H. | **§341(a) Meeting Date:** 05/18/93 |
| **Period Ending:** 06/30/10 | **Claims Bar Date:** 01/27/94 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** November 30, 2008       **Current Projected Date Of Final Report (TFR):** September 30, 2010

Printed: 07/27/2010 11:02 AM    V.12.06

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 93-21612 RBR
**Case Name:** ROTH, EDMUND H.
ROTH, GAIL H.
**Taxpayer ID #:** **-***1685
**Period Ending:** 06/30/10

**Trustee:** KENNETH A. WELT (290240)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****99-65 - Money Market Account
**Blanket Bond:** $3,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/08 | {9} | Allapattah Services Inc. | Settlement Allapattah Services | 1249-000 | 46,350.47 | | 46,350.47 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 46,351.04 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.51 | | 46,356.55 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.08 | | 46,362.63 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.05 | | 46,367.68 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.79 | | 46,371.47 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.22 | | 46,374.69 |
| 01/02/09 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Local Rules | 2300-000 | | 36.12 | 46,338.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 46,340.46 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.76 | | 46,342.22 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 46,344.23 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 46,346.12 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.82 | | 46,347.94 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 46,349.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 46,351.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 46,353.85 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 46,355.74 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 46,357.63 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 46,359.58 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 46,361.53 |
| 01/06/10 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond Local Rules | 2300-000 | | 38.76 | 46,322.77 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.82 | | 46,324.59 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.76 | | 46,326.35 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.18 | | 46,326.53 |

**Subtotals:**   $46,401.41   $74.88

{} Asset reference(s)

Printed: 07/27/2010 11:02 AM   V.12.06

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 93-21612 RBR | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|
| Case Name: | ROTH, EDMUND H. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ROTH, GAIL H. | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | **-***1685 | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 06/30/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/02/10 | | Wire out to BNYM account 9200******9965 | Wire out to BNYM account 9200******9965 | 9999-000 | -46,326.53 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 74.88 | 74.88 | $0.00 |
| | | | Less: Bank Transfers | | -46,326.53 | 0.00 | |
| | | | **Subtotal** | | 46,401.41 | 74.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,401.41** | **$74.88** | |

{} Asset reference(s)

Printed: 07/27/2010 11:02 AM    V.12.06

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 3

| Case Number: | 93-21612 RBR | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|
| Case Name: | ROTH, EDMUND H. | Bank Name: | The Bank of New York Mellon |
| | ROTH, GAIL H. | Account: | 9200-******99-65 - Money Market Account |
| Taxpayer ID #: | **-***1685 | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9965 | Wire in from JPMorgan Chase Bank, N.A. account ********9965 | 9999-000 | 46,326.53 | | 46,326.53 |
| 03/04/10 | {9} | Allapattah DFC Class Action Settlement Fund | Claim# 001004529 / Case# 91-0986-CIV-Gold | 1249-000 | 3,924.55 | | 50,251.08 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 2.04 | | 50,253.12 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 2.07 | | 50,255.19 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 2.13 | | 50,257.32 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 2.06 | | 50,259.38 |
| | | | **ACCOUNT TOTALS** | | 50,259.38 | 0.00 | $50,259.38 |
| | | | Less: Bank Transfers | | 46,326.53 | 0.00 | |
| | | | **Subtotal** | | 3,932.85 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,932.85** | **$0.00** | |

{} Asset reference(s)

Printed: 07/27/2010 11:02 AM        V.12.06

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 93-21612 RBR | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|
| Case Name: | ROTH, EDMUND H. | Bank Name: | The Bank of New York Mellon |
| | ROTH, GAIL H. | Account: | 9200-******99-65 - Money Market Account |
| Taxpayer ID #: | **-***1685 | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****99-65 | 46,401.41 | 74.88 | 0.00 |
| MMA # 9200-******99-65 | 3,932.85 | 0.00 | 50,259.38 |
| | $50,334.26 | $74.88 | $50,259.38 |

{} Asset reference(s)